STANDARD INSURANCE COMPANY,

    Plaintiff,

v.

RONALD M. DEPTULA, ASHLEY L.
(BUCHANAN) DEPTULA, THE ESTATE
OF R. D., JOHN DOE – GUARDIAN OF L.
S. D., DOHERTY FUNERAL HOMES, INC.,

    Defendants.

No. 1:18-cv-01667 - RGA

## ~~PROPOSED~~ ORDER

AND NOW, to wit, this __5__ day of __June__, 2019, after consideration of

Plaintiff's Motion For Entry of Default against Ronald M. Deptula, and any opposition thereto,

IT IS HEREBY ORDERED that ~~the Clerk of Court may enter~~ default *judgment is entered* against Defendant

Ronald M. Deptula.

_____
THE HONORABLE RICHARD G. ANDREWS