**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

STANDARD INSURANCE COMPANY,

Plaintiff,

v.

RONALD M. DEPTULA, ASHLEY L.
(BUCHANAN) DEPTULA, THE ESTATE
OF R. D., JOHN DOE – GUARDIAN OF L.
S. D., DOHERTY FUNERAL HOMES, INC.,

Defendants.

No. 1:18-cv-01667 - RGA

### ~~PROPOSED~~ ORDER

AND NOW, to wit, this __5__ day of __June__, 2019, after consideration of

Plaintiff's Motion For Entry of Default against Doherty Funeral Homes, Inc., and any opposition

thereto,

IT IS HEREBY ORDERED that ~~the Clerk of Court may enter~~ default against Defendant
*(Judgment is entered)*

Doherty Funeral Homes, Inc.

THE HONORABLE RICHARD G. ANDREWS