UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STANDARD INSURANCE COMPANY,

    Plaintiff,

v.

RONALD M. DEPTULA, ASHLEY L.
(BUCHANAN) DEPTULA, THE ESTATE
OF R. D., JOHN DOE – GUARDIAN OF L.
S. D., DOHERTY FUNERAL HOMES, INC.,

    Defendants.

No. 1:18-cv-01667 - RGA

## ~~PROPOSED~~ ORDER

AND NOW, to wit, this _5_ day of _June_, 2019, after consideration of

Plaintiff's Motion For Entry of Default against Ashley L. (Buchanan) Deptula, and any

opposition thereto,

*Judgment is entered*

IT IS HEREBY ORDERED that ~~the Clerk of Court may enter~~ default against Defendant

Ashley L. (Buchanan) Deptula.

           _____

           THE HONORABLE RICHARD G. ANDREWS