# TIGHE & COTTRELL, P.A.

**Attorneys at Law**
*704 NORTH KING STREET, SUITE 500*
*ONE CUSTOMS HOUSE*
*P.O. BOX 1031*
*WILMINGTON, DELAWARE 19899*
*Telephone Number: (302) 658-6400*
*Telecopier Number: (302) 658-9836*
*WRITER'S EMAIL: m.rhoads@tighecottrell.com*

*BRANCH OFFICES:*

| **NEW JERSEY OFFICE** | **MARYLAND OFFICE** | **PENNSYLVANIA OFFICE** |
|---|---|---|
| *50 EAST AVENUE* | *1220-C EAST JOPPA ROAD* | *2515 EAST NORRIS STREET* |
| *P.O. BOX 303* | *TOWSON, MD 21286* | *PHILADELPHIA, PA 19125* |
| *WOODSTOWN, NJ 08098* | | |

June 6, 2019

**<u>VIA E-FILE</u>**
The Honorable Richard G. Andrews
U.S. District Court - Delaware
844 N. King Street
Wilmington, DE 19801-3555

   RE: **Standard Insurance Company v. Ronald M. Deptula, et al.**
      **Case No.: 1:18-cv-01667-RGA**

Dear Judge Andrews:

  Your Honor may recall that the parties who have appeared in the above referenced ERISA action participated in a chambers conference on March 15, 2019 to address the pending Plaintiff's Motion for Interpleader Relief. The parties agreed that the death benefit in dispute should be paid to the minor sibling of the decedent (L.D.). L.D.'s appointed guardian, Sean Meluney, Esquire, has since been arranging to establish a bank account into which the death benefit can be paid.

  On March 26, 2019, Standard Insurance filed with the Court Motions For Default Judgment against Ronald M. Deptula, Ashley L. (Buchanan) Deptula and Doherty Funeral Homes, Inc. Your Honor signed the Orders entering the judgments on June 5, 2019.

  Standard Insurance now proposes that the Court enter the enclosed Order which would permit Standard to pay the death benefit into Mr. Meluney's firm's trust account, where the funds will reside until arrangements have been completed for L.D.'s account. All parties that have appeared in this action have reviewed and approved the Order.

      Respectfully submitted,


      /s/ Melissa L. Rhoads
      Melissa L. Rhoads, Esquire

MLR/dd

Enclosure

cc: Sean A. Meluney, Esquire (via e-file)
Kenneth L. Dorsney, Esquire (via e-file
Brooks R. Magratten, Esquire (via e-file)