**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

STANDARD INSURANCE COMPANY,

      Plaintiff,

      v.

RONALD M. DEPTULA, ASHLEY L. (BUCHANAN) DEPTULA, THE ESTATE OF R. D., JOHN DOE – GUARDIAN OF L. S. D., DOHERTY FUNERAL HOMES, INC.,

      Defendants.

No. 1:18-cv-01667 - RGA

**<u>ORDER</u>**

The Plaintiff Standard Insurance Company ("Standard") having moved on November 20, 2018, for interpleader relief and the Court on March 15, 2019, having heard all parties who have appeared in this action, it is now ORDERED:

1.      Plaintiff Standard shall within 20 days of the entry of this Order tender payment of $28,200.00 to Sean Meluney, Esq., by check made payable to the "Benesch, Friedlander, Coplan & Aronoff, LLP Client Trust Account."

2.      Upon tendering payment as provided in Paragraph No. 1, Standard, the Policyholder and all plan fiduciaries shall have fully satisfied their obligations under Policy No. 649397-A with respect to the death of R.S.D. (designated as Claim No. E35514).

3.      Standard shall provide notice to the Court when it has tendered payment, as provided in Paragraph No. 1, whereupon the Court shall enter Judgment terminating the case.

SO ORDERED this _____ day of _____, 2019.

_____
THE HONORABLE RICHARD G. ANDREWS