**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>RONALD M. DEPTULA, ASHLEY L.<br>(BUCHANAN) DEPTULA, THE ESTATE<br>OF R. D., JOHN DOE – GUARDIAN OF L.<br>S. D., DOHERTY FUNERAL HOMES, INC.,<br><br>      Defendants. | No. 1:18-cv-01667 - RGA |

**<u>JUDGMENT</u>**

Plaintiff Standard Insurance Company ("Standard"), having fully satisfied its obligation under Policy No. 649397-A with respect to the death of R.S.D. (designated as Claim No. E35514), by tender of payment of the policy proceeds of $28,200.00 to the trust account of Benesch, Friedlander, Coplan & Aronoff LLP,

IT IS HERBY ORDERED that judgment now enters in favor of Standard and the above captioned action is hereby closed.

SO ORDERED this _27_ day of _June_____, 2019.

_____
THE HONORABLE RICHARD G. ANDREWS